UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNY RAMIREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HACKENSACK, UNITED PUBLIC SERVICE EMPLOYEES UNION, ROBERT GILLMAN, and JOHN AND JANE DOES,<br><br>Defendants. | Civil Action No. 2:23-cv-03216 (SDW)(SDA) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Julie P. Schatz, an attorney admitted to practice in the District of New Jersey, hereby enters her appearance as attorney of record for Defendants United Public Service Employees Union ("UPSEU") and Robert Gillman ("Gillman") (together, "Union Defendants"), and is designated to accept all papers and pleadings.

ROTHMAN ROCCO, LLP

*Attorneys for Defendants United Public Service Employees Union and Robert Gillman*

By: */s/ Julie Pearlman Schatz*
_____
Julie Pearlman Schatz (JS 6474)

Dated: June 11, 2025