UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
DENNY RAMIREZ, individually and on behalf
of all others similarly situated,

              Plaintiff,

-against-

UNITED PUBLIC SERVICE EMPLOYEES
UNION,

              Defendants.
---------------------------------------------------------------x

Civil Action No.: 2:23-03216
(SDW)(SDA)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Pursuant to Rule 41(a) of the F.R.C.P., the parties, by their undersigned counsel, hereby stipulate and agree to the dismissal of this action in full with prejudice, with each side to bear its own costs and fees. The Plaintiff's claims and remedies against the Defendant United Public Service Employees Union are dismissed with prejudice.

_[signature]_

Matthew P. Rocco
**ROTHMAN ROCCO, LLP**
3 West Main Street, Suite 200
Elmsford, NY 10523

*Attorneys for Defendant United Public
Service Employees Union*

Date: July 11, 2025

**SO ORDERED:**

_[signature]_

Date: July 14, 2025

_[signature]_

Dylan T. Hastings
**WILLIAMS CEDAR, LLC**
One South Broad Street, St. 1510
Philadelphia, PA 19107

*Attorneys for Plaintiff Denny
Ramirez*

Date: July 11, 2025